DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of D.H. and A.F., children.

O.B., JR.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-1080
_____

September 13, 2023

Appeal from the Circuit Court for Sarasota County; Andrea McHugh,
Judge.

Jonathan E. Hackworth of Hackworth Law, PA, Tampa, for Appellant.

Meredith K. Hall of Children's Legal Services, Bradenton, for Appellee
Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Guardian ad Litem Office,
Tallahassee; Donald A. Mihokovich of Defending Best Interests Project,
Tampa, for Appellee Guardian ad Litem Program.

PER CURIAM.


Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.